**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Leon McDOWELL, Defendant–
Appellant.**

No. 12–7570.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2012.

Decided: Dec. 17, 2012.

Leon McDowell, Appellant Pro Se.
Jane Barrett Taylor, Assistant United
States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, DIAZ, and
FLOYD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Leon McDowell appeals the district
court's order denying his 18 U.S.C.
§ 3582(c)(2) (2006) motion for a reduction
of his sentence based on Amendment 750
and *Dorsey v. United States,* —— U.S.
——, 132 S.Ct. 2321, 183 L.Ed.2d 250
(2012). McDowell was sentenced before
the effective date of the Fair Sentencing
Act. Therefore, the Act does not apply to
his sentence. *See Dorsey,* 132 S.Ct. at
2335. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*AFFIRMED.*